

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-11-00258-CR

Style:       Jeremy Thomas v. The State of Texas

Date motion filed[*]:       March 5, 2015

Type of motion:       State's Third Motion for Extension of Time to File Appellate Brief

Party filing motion:       Appellee

Document to be filed:       Appellee's brief

Is appeal accelerated?       No.

If motion to extend time:

       Original due date:       December 12, 2014

       Number of extensions granted:    2    Current Due date:  March 4, 2015

       Date Requested:       March 31, 2015

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

        ☐    No further extensions of time will be granted

    ☑ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    Given the notice from the Clerk of Court on 2/5/15 granting appellee's second motion for an extension advised appellee that no further extensions would be granted, we **DENY** appellee's third motion for a 4-week extension of time to file appellee's brief. If the appellee's brief is not filed within 7 days from the date of this order, the case may be considered on the appellant's brief only. *See* TEX. R. APP. P. 38.9(a).

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually

Date: March 19, 2015

November 7, 2008 Revision